IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:09-CR-79-D
No. 7:12-CV-265-D

| | | |
|---|---|---|
| LUIS ALBERTO BECERRA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

On December 15, 2014, Luis Alberto Becerra ("Becerra"), filed a pro se motion pursuant to 18 U.S.C. § 3582(c) to reduce his sentence [D.E. 123]. On April 28, 2015, the government responded in opposition [D.E. 129].

As the government properly explained in its response in opposition, Becerra is not eligible for relief under section 3582(c). See id. 3–4; United States v. Munn, 595 F.3d 183, 187 (4th Cir. 2010). Thus, Becerra's motion [D.E. 123] is DENIED.

SO ORDERED. This **29** day of April 2015.

JAMES C. DEVER III
Chief United States District Judge